|   |   |
|---|---|
| 1 | I am OSCAR EDUARDO MAYORGA'S attorney. I have carefully |
| 2 | discussed every part of this stipulation and the continuance of the |
| 3 | trial date with my client. I have fully informed my client of his |
| 4 | Speedy Trial rights. To my knowledge, my client understands those |
| 5 | rights and agrees to waive them. I believe that my client's decision |
| 6 | to give up the right to be brought to trial earlier than October 21, |
| 7 | 2025 is an informed and voluntary one. |

_/s/ Matthew J. Lombard_     8/10/24
MATTHEW J. LOMBARD            Date
Attorney for Defendant
OSCAR EDUARDO MAYORGA

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_/s/ Oscar Mayorga_           08/10/24
OSCAR EDUARDO MAYORGA         Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant OSCAR EDUARDO MAYORGA on this date.

N/A

_____              _____
INTERPRETER                   Date

17