E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>EDGAR JOEL MARTINEZ-REYES ET AL.,<br><br>      Defendants. | No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:** **11/5/24; 3/25/2025**<br>**PROPOSED TRIAL DATE:** **5/19/2025** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, and defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both individually and by and through his counsel of record, Zaura Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE, both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
3  individually and by and through his counsel of record, Louis J.
4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
6  and through his counsel of record, John Targowski; LUIS BELANDRIA-
7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
9  individually and by and through his counsel of record, Michael D.
10  Walsh; JIAYUNG YU, both individually, and by and through his counsel
11  of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
12  and through his counsel of record, Edward M. Robinson; XUANYI MU
13  ("MU"), both individually and by and through his counsel of record,
14  Donald M. Matson; SHOU YANG, individually, and by and through his
15  counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
16  individually, and by and through his counsel of record,      OSCAR
17  EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
18  counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
19  ROBLES"), both individually and by and through his counsel of record,
20  Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
21  his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
22  individually, and by and through his counsel of record, Peter
23  Johnson; JOSE ANTONIO PARDO, individually, and by and through his
24  counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
25  and by and through his counsel of record, Kevin Gres, hereby
26  stipulate as follows:
27
28

1    1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both United
3  States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10  district.

11    4.    All defendants who have appeared in this district have been
12  released on bond pending trial.

13    5.    The parties estimate that the trial in this matter will
14  last approximately three weeks.  All defendants are joined for trial
15  and a severance has not been granted.

16    6.    By this stipulation, the parties move to continue the trial
17  date to and the status conference to October 21, 2025 and the status
18  conference to October 8, 2025.

19    7.    Defendants request the continuance based upon the following
20  facts, which the parties believe demonstrate good cause to support
21  the appropriate findings under the Speedy Trial Act:

22        a.    Counsel for defendants represent that they have
23  various prior obligations and trial conflicts as set out in Exhibit A
24  hereto. Counsel for defendants also represent that additional time is
25  necessary to confer with their defendants, conduct and complete an
26  independent investigation of the case, conduct and complete
27  additional legal research including for potential pre-trial motions,

28

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10         d.    The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15    8.    For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1 | reasonable time necessary for effective preparation, taking into

2 | account the exercise of due diligence.

3 |     9.    Nothing in this stipulation shall preclude a finding that

4 | other provisions of the Speedy Trial Act dictate that additional time

5 | periods be excluded from the period within which trial must commence.

6 | Moreover, the same provisions and/or other provisions of the Speedy

7 | Trial Act may in the future authorize the exclusion of additional

8 | time periods from the period within which trial must commence.

9 |     IT IS SO STIPULATED.
   | Dated: August 5, 2024                Respectfully submitted,

10 |

11 |                                      E. MARTIN ESTRADA
    |                                      United States Attorney

12 |                                      MACK E. JENKINS
    |                                      Assistant United States Attorney
13 |                                      Chief, Criminal Division

14 |

15 |                                      _____/s/_____
    |                                      JULIE J. SHEMITZ
16 |                                      Assistant United States Attorney

    |                                      Attorneys for Plaintiff
17 |                                      UNITED STATES OF AMERICA

18 |

19 |

20 |     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21 | discussed every part of this stipulation and the continuance of the

22 | trial date with my client. I have fully informed my client of his

23 | Speedy Trial rights.  To my knowledge, my client understands those

24 | rights and agrees to waive them.  I believe that my client's decision

25 | to give up the right to be brought to trial earlier than _____

26 | is an informed and voluntary one.

27 | _____        _____
    | ZAIRA VILLAGOMEZ                        Date
28 |

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                    Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                             Date

1    I am SAI ZHANG's attorney. I have carefully discussed every

2 part of this stipulation and the continuance of the trial date with

3 my client. I have fully informed my client of his Speedy Trial

4 rights. To my knowledge, my client understands those rights and

5 agrees to waive them. I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8
_____          _____
RUEVEN L. COHEN                               Date
9 YOUNGBIN SON
Attorneys for Defendant
10 SAI ZHANG

11

12
    This agreement has been read to me in Mandarin, the language I
13
understand best, and I have carefully discussed every part of it with
14
my attorney. I understand my Speedy Trial rights. I voluntarily
15
agree to the continuance of the trial date and give up my right to be
16
brought to trial earlier than October 21, 2025. I understand that I
17
will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20
_____          _____
SAI ZHANG                                     Date
21 Defendant

22                     **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Mandarin languages. I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27
_____          _____
INTERPRETER                                   Date
28

7

1

2    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3  every part of this stipulation and the continuance of the trial date

4  with my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025, is an

8  informed and voluntary one.

9  _____        _____
   ROBERT M. HELFEND                       Date
10 Attorney for Defendant
   BERNARDO MAUBERIS
11

12

13    I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____        _____
   BERNARDO MAUBERIS                       Date
21 Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24    I, _____, am fluent in the written and spoken

25 English and Spanish languages.  I accurately translated this entire

26 agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27 this date.

28

————————————————————————       ————————————————————————
INTERPRETER                                          Date

    I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

————————————————————————       ————————————————————————
LOUIS J. SHAPIRO                                     Date
Attorney for Defendant
PANYU ZHAO



    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

————————————————————————       ————————————————————————
PANYU ZHAO                                           Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

1    _____    _____
     INTERPRETER                         Date
2

3        I am RAUL CONTRERAS's attorney.  I have carefully discussed

4    every part of this stipulation and the continuance of the trial date

5    with my client. I have fully informed my client of his Speedy Trial

6    rights.  To my knowledge, my client understands those rights and

7    agrees to waive them.  I believe that my client's decision to give up

8    the right to be brought to trial earlier than October 21, 2025, is an

9    informed and voluntary one.

10   _____    _____
     CHARLES C. BROWN                    Date
     Attorney for Defendant
11   RAUL CONTRERAS

12

13

14       I have read this stipulation and have carefully discussed it

15   with my attorney. I understand my Speedy Trial rights.  I voluntarily

16   agree to the continuance of the trial date, and give up my right to

17   be brought to trial earlier than October 21, 2025.  I understand that

18   I will be ordered to appear in Courtroom 8C of the Federal

19   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20   2025 at 8:30 a.m.

21   _____    _____
     RAUL CONTRERAS                      Date
22   Defendant

23

24                        **CERTIFICATION OF INTERPRETER**

25       I, _____, am fluent in the written and spoken

26   English and Spanish languages.  I accurately translated this entire

27   agreement from English into Spanish to defendant RAUL CONTRERAS on

28   this date.

                                    10

INTERPRETER _____    Date _____

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____    Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____     Date _____

I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____     Date _____
Attorney for Defendant
HANG SU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____     Date _____
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

12

1  I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
                                               Date
9  MATTHEW J. LOMBARD
   Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12  I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
                                               Date
20  OSCAR EDUARDO MAYORGA
   Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____
                                               Date
28  INTERPRETER

18

1     I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5

   _____        _____
6  INTERPRETER                                 Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this
date.

_____          _____
INTERPRETER                               Date


I am SHOU YANG's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____          _____
SHOU YANG                                 Date
Attorney for Defendant
ROBERT C. HSU


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
SHOU YANG                                 Date
Defendant


### CERTIFICATION OF INTERPRETER

INTERPRETER                                     Date

_____

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                                Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                       Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                         Date

1

2

3      I am XIAOLEI YE's attorney.  I have carefully discussed every

4   part of this stipulation and the continuance of the trial date with

5   my client. I have fully informed my client of his Speedy Trial

6   rights.  To my knowledge, my client understands those rights and

7   agrees to waive them.  I believe that my client's decision to give up

8   the right to be brought to trial earlier than October 21, 2025 is an

9   informed and voluntary one.

10  EDWARD M. ROBINSON                                 Date
    BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
    XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney.  I understand my Speedy Trial rights.  I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025.  I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21

    XIAOLEI YE                                         Date
22  Defendant

23                  **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant XIAOLEI YE on this

27  date.

28

                                14

```
_____    _____
INTERPRETER                          Date
```

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
_____    _____
JONATHON PERLISS                     Date
Attorney for Defendant
JIAYONG YU
```

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

```
_____    _____
JIAYONG YU                           Date
Defendant
```

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
EDVIN S. FLORES                    Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
VICTOR RODRIGUEZ-TRUJILLO          Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____        _____
INTERPRETER                        Date

19

1    I am VIDAL LICON-ROBLES's attorney. I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights. To my knowledge, my client understands those rights and

5    agrees to waive them. I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8    _____        _____
      ROBERT BERNSTEIN                          Date
9    Attorney for Defendant
      VIDAL LICON-ROBLES
10

11

12    I have read this stipulation and have carefully discussed it

13    with my attorney. I understand my Speedy Trial rights. I voluntarily

14    agree to the continuance of the trial date, and give up my right to

15    be brought to trial earlier than October 21, 2025. I understand that

16    I will be ordered to appear in Courtroom 8C of the Federal

17    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18    2025 at 8:30 a.m.

19    _____        _____
      VIDAL LICON-ROBLES                        Date
20    Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23        I, _____, am fluent in the written and spoken

24    English and Spanish languages. I accurately translated this entire

25    agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26    on this date.

27    _____        _____
      INTERPRETER                               Date
28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed
2    every part of this stipulation and the continuance of the trial date
3    with my client. I have fully informed my client of his Speedy Trial
4    rights.  To my knowledge, my client understands those rights and
5    agrees to waive them.  I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025 is an
7    informed and voluntary one.

8    _____          _____
     ANTHONY M. SOLIS                           Date
9    Attorney for Defendant
     LEOPOLDO BERNAL
10

11
12    I have read this stipulation and have carefully discussed it
     with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
14   agree to the continuance of the trial date, and give up my right to
     be brought to trial earlier than October 21, 2025.  I understand that
15
16   I will be ordered to appear in Courtroom 8C of the Federal
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
     2025 at 8:30 a.m.
18

19   _____          _____
     LEOPOLDO BERNAL                            Date
20   Defendant

21
                    **CERTIFICATION OF INTERPRETER**
22
23        I, _____, am fluent in the written and spoken
     English and Spanish languages.  I accurately translated this entire
24
     agreement from English into Spanish to defendant LEOPOLDO BERNAL on
25
     this date.
26

27   _____          _____
     INTERPRETER                                Date
28
                                    21

I am JULIO ALEXANDER CABRERA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____      _____
PETER JOHNSON                             Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____      _____
JULIO ALEXANDER CABRERA                   Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant JULIO ALEXANDER CABRERA on this date.

_____      _____
INTERPRETER                               Date

22

1       I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____          _____
    MICHAEL S. CHERNIS                        Date
9   Attorney for Defendant
    JOSE ANTONIO PARDO
10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
    JOSE ANTONIO PARDO                        Date
20  Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant JOSE ANTONIO PARDO

26  on this date.

27  _____          _____
    INTERPRETER                               Date
28

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.   To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____        _____8/9/24_____
   JIANDE ZHOU                              Date

10 Attorney for Defendant
   KEVIN D. GRES

11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m,

20 _____        _____8/9/2024_____
   JIANDE ZHOU                              Date
   Defendant

21

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, __Yanyan Liu__, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

                                   24

_____     08/09/2024
INTERPRETER                         Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28